# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

April 3, 2018

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:   *Rojas, et al. v. Kalesmeno Corp. d/b/a The Flame Diner, et al.*
             Case No. 17-CV-164

Dear Judge Lehrburger:

    We are counsel to Plaintiff and write jointly with counsel to Defendants. Pursuant to Your Honor's Order dated March 29, 2018, the parties agree with Your Honor's proposed changes to the Settlement Agreement and stipulate that paragraph 3 of the Settlement Agreement is amended to include the following sentence: "Notwithstanding the foregoing, no party is prohibited from making truthful statements".

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF